Paul Lafranchise, State Bar No.122528
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: plafranc@kleinlaw.com

Attorneys for Defendant Carrows Restaurant, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**(Fresno Division)**

| | |
|---|---|
| NEVA LEMA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARROWS RESTAURANT, INC., and Does 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.  1:10-cv-00359-OWW-DLB<br><br>**STIPULATION AND ORDER REGARDING FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Local Rule 6-144<br><br>Complaint Filed:  March 1, 2010 |

　　　　Pursuant to Local Rule 6-144, Plaintiff Neva Lema, through her attorney, Gene Farber, of Counsel, and Timothy Thimesch, Thimesch Law Offices, Walnut Creek, California, and Defendant Carrows Restaurant, Inc., through attorneys Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, Bakersfield, California, hereby stipulate for the first time to extend the time for Defendants to answer or otherwise respond to the Plaintiff's Complaint to up to 30 days from April 5, 2010, that is, until May 5, 2010.  In the interim, Plaintiff shall not take or seek Defendant's default.

　　　　There is good cause to extend the time for Defendants to respond to or answer Plaintiff's complaint because defense counsel was just recently retained days before Defendant's answer or

1  response is due on April 5, 2010, and needs time to do so.  This will also give the parties a

2  chance to settle by brining the involved parties together at the involved restaurant to determine

3  the extent of its non-compliance, if any.

4  Dated:  April 5, 2010                    THIMESCH LAW OFFICES

By:  /s/ Timothy Thimesch (authorized on 4/5/10)
Timothy Thimesch
Attorneys for Plaintiff

10  Dated:  April 5, 2010                    KLEIN, DeNATALE, GOLDEN,
                                              COOPER, ROSENLIEB & KIMBALL, LLP

By:  /s/ Paul Lafranchise
Paul Lafranchise
Attorneys for Defendant

## ORDER

THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT Defendant Carrows Restaurant, Inc., shall have up to and including May 5, 2010 to answer, move, or otherwise respond to plaintiff's Complaint on file in this matter.

IT IS SO ORDERED.

Dated:  **April 6, 2010**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP**
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309