1   Paul Lafranchise, State Bar No.122528
    KLEIN, DENATALE, GOLDNER,
2       COOPER, ROSENLIEB & KIMBALL, LLP
    4550 California Avenue, Second Floor
3   Bakersfield, California 93309
    P.O. Box 11172
4   Bakersfield, California 93389-1172
    Telephone: (661) 395-1000
5   Facsimile: (661) 326-0418
    E-Mail:  plafranc@kleinlaw.com
6
7   Attorneys for Defendant Carrows Restaurant, Inc.

8
9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11                            **(Fresno Division)**

12   NEVA LEMA,                         Case No.  1:10-CV-00359-OWW
                                        Civil Rights
13                Plaintiff,
                                        **ORDER ON JOINT APPLICATION TO**
14        v.                            **EXTEND TIME FOR DEFENDANT TO**
                                        **ANSWER OR OTHERWISE RESPOND**
15   CARROWS RESTAURANT, INC., and      **TO PLAINTIFF'S COMPLAINT**
     DOES 1 through 50, Inclusive,
16                                      Local Rule 6-144
                  Defendants.          FRCP 12(a)(1)(A)(i)
17
                                        Complaint Filed:  March 1, 2010
18

19

20        Having considered the parties' joint Application for an extension of time to answer or

21   otherwise respond to plaintiff's complaint, and finding good cause therefore,

22        IT IS HEREBY ORDERED that defendant Carrows Restaurant, Inc., has to and

23   including Friday, June 4, 2010, to file such answer or other response.

24   DATED: May 4, 2010                  /s/ OLIVER W. WANGER
                                         United States District Court Judge
25

26

27

28

*(left margin, vertical text)* KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP   4550 CALIFORNIA AVENUE, SECOND FLOOR   BAKERSFIELD, CALIFORNIA 93309

PDF created with pdfFactory trial version www.pdffactory.com