Paul Lafranchise, State Bar No.122528
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail:  plafranc@kleinlaw.com

Attorneys for Defendant Carrows Restaurant, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**(Fresno Division)**

| | |
|---|---|
| NEVA LEMA,<br><br>          Plaintiff,<br><br>     v.<br><br>CARROWS RESTAURANT, INC., and DOES 1 through 50, Inclusive,<br><br>          Defendants. | Case No.  1:10-CV-00359-DLB<br>Civil Rights<br><br>**ORDER ON JOINT APPLICATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Local Rule 6-144<br>FRCP 12(a)(1)(A)(i)<br><br>Complaint Filed:  March 1, 2010 |

   Having considered the parties' joint Application for an extension of time to answer or otherwise respond to plaintiff's complaint, and finding good cause therefore,

   IT IS HEREBY ORDERED that Defendant Carrows Restaurant, Inc., has to and including Tuesday, July 6, 2010, to file such answer or other response.

IT IS SO ORDERED.

   Dated:   **June 4, 2010**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE