Jay L. Rosenlieb, State Bar No. 109737
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  @kleinlaw.com

Attorneys for Defendant, Carrows Restaurant, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## (Fresno Division)

| | |
|---|---|
| NEVA LEMA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARROWS RESTAURANT, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.   1:10-CV-00359-DLB<br>Civil Rights<br><br>**ORDER ON <u>JOINT</u> APPLICATION FOR <u>FOURTH</u> EXTENSION OF TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Local Rule 6-144<br>FRCP 12(a)(1)(A)(1)<br><br>Complaint Filed:  March 1, 2010 |

　　　Having considered the parties' joint Application for an extension of time to answer plaintiff's complaint, and finding good cause therefore,

　　　IT IS HEREBY ORDERED that Defendant Carrows Restaurant, Inc., has to and including July 20, 2010, to file such answer.

IT IS SO ORDERED.

　　　Dated:   **July 13, 2010**　　　　　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE