**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff NEVA LEMA

JAY ROSENLIEB, ESQ., No. 109737
CRAIG BRAUN, ESQ., No. 166519
ELIZABETH ESTRADA, ESQ., No. 232302
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: jlr@kleinlaw.com; cbraun@kleinlaw.com; eestrada@kleinlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, | CASE NO. 1:10-CV-00359-DLB |
| | Civil Rights |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE BLUEPRINTS** |
| CARROWS RESTAURANT, INC.; DOES 1 THROUGH 50, Inclusive, | |
| Defendants. | |

**TO THE COURT:**

WHEREAS the construction history of the commercial office building located at 700 TO 720 Motel Drive, Merced, California, (hereafter "Subject Building") is at issue in this case;

WHEREAS, the Custodian Of Records Of The City Of Merced Building and Planning Department (AKA The "City of Merced Building and Inspection Service"; hereafter referred to as

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00359-DLB**

"Building Department") is in possession of certain blueprints, schematics and drawings related to the design and construction of the subject building that are potentially relevant to the construction history and liability issues in this case, or will lead to the discovery of admissible evidence on such issues,

WHEREAS the Parties desire to obtain certified copies from the Building Department of these documents for discovery and evidentiary purposes,

WHEREAS Plaintiff has served a subpoena on the Building Department at **Exhibit 1**,

WHEREAS building departments in California (including the City of Merced Building Department) typically assert that blueprints, schematics and drawings are allegedly "privileged" material, and that the Building Department is constrained by Health & Safety Code Section 19851 from producing copies of such documents, even when served with a federal subpoena, i.e., unless, inter alia, they are ordered by the Court to do so,

AND WHEREAS the City of Merced Building Department has asserted such objection in this case (please see Objection at **Exhibit 2**), [1]/

---

[1] California Health and Safety Code Section 19851 provides that the official copy of building plans maintained by the building department of a city "may not be duplicated in whole or in part except (1) with the written permission, which permission shall not be unreasonably withheld as specified in subdivision (f), of the certified, licensed or registered professional or his or her successor, if any, who signed the original documents and the written

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00359-DLB**   — 2 —

1   WHEREFORE, The Parties Hereby request that the Court order
2 the Building Department to produce all blueprints, schematics and
3 drawings and any other allegedly privileged material requested by
4 ////

---

22   permission of the original or current owner of the
23   building, or, if the building is part of a common interest
24   development, with the written permission of the board of
25   directors or governing body of the association established
26   to manage the common interest development, **or (2) by order**
27   **of a proper court or upon the request of any state**
28   **agency."**  (Emphasis added.)

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00359-DLB**                — 3 —

Plaintiff in the Subpoena at **Exhibit 1.**

    **SO STIPULATED.**

Dated: December 16, 2010         TIMOTHY S. THIMESCH
                                 THIMESCH LAW OFFICE

                                 _/s/ Tim Thimesch_
                                 Attorneys for Plaintiff
                                 NEVA LEMA

Dated: December 16, 2010         JAY ROSENLIEB, ESQ.
                                 CRAIG BRAUN, ESQ.
                                 ELIZABETH ESTRADA, ESQ.
                                 KLEIN, DENATALE, GOLDNER, COOPER,
                                     ROSENLIEB & KIMBALL, LLP


                                 /s/ Authorized Signed
                                 Attorneys for Defendant
                                 CARROWS RESTAURANT, INC.



                                 **ORDER**


IT IS SO ORDERED.

   Dated:  **December 16, 2010**            /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00359-DLB**          — 4 —