**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff NEVA LEMA

JAY ROSENLIEB, ESQ., No. 109737
CRAIG BRAUN, ESQ., No. 166519
ELIZABETH ESTRADA, ESQ., No. 232302
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: jlr@kleinlaw.com; cbraun@kleinlaw.com; eestrada@kleinlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, | CASE NO. 1:10-CV-00359-DLB |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND ORDER PERMITTING THE FILING OF A FIRST AMENDED COMPLAINT AND ISSUANCE OF A FIRST AMENDED SUMMONS** |
| CARROWS RESTAURANT, INC.; DOES 1 THROUGH 50, Inclusive, | |
| Defendants. | |
| _____ / | |

**TO THE COURT:**

The parties hereby stipulate and request that the Court permit the filing of the First Amended Complaint, a copy of which is attached hereto at **Exhibit 1.** The sole changes in the Complaint are to bring in several persons and entities who are or

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re First Amended Complaint: Case No. 1:10-CV-00359-DLB**

were landlords of the subject party during the period covered by the Complaint.

**SO STIPULATED.**

Dated: December 16, 2010        TIMOTHY S. THIMESCH
                                THIMESCH LAW OFFICE

                                _____
                                Attorneys for Plaintiff
                                NEVA LEMA

Dated: December 16, 2010        JAY ROSENLIEB, ESQ.
                                CRAIG BRAUN, ESQ.
                                ELIZABETH ESTRADA, ESQ.
                                KLEIN, DENATALE, GOLDNER, COOPER,
                                    ROSENLIEB & KIMBALL, LLP


                                /s/ Authorized Signed
                                _____
                                Attorneys for Defendant
                                CARROWS RESTAURANT, INC.



                                **ORDER**



IT IS SO ORDERED.

   Dated:   **December 16, 2010**            /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re First Amended Complaint: Case No. 1:10-CV-00359-DLB**        — 2 —