**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff NEVA LEMA

JAY ROSENLIEB, ESQ., No. 109737
ELIZABETH ESTRADA, ESQ., No. 232302
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: jlr@kleinlaw.com; eestrada@kleinlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CARROWS RESTAURANT, INC.; DOES 1 THROUGH 50, Inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:10-CV-00359-DLB<br>Civil Rights<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>**Further Scheduling Conf:**<br>Date:　January 6, 2011<br>Time:　10:00 a.m. |

The parties are pleased to report that thanks to the efforts of Magistrate Judge Jennifer L. Thurston at Settlement Conference, this matter has settled in all respects, including Plaintiff's claims for injunctive relief, statutory and bodily injury damages, and reasonable statutory attorney's fees, litigation expenses and costs. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with

**Stipulation and Order Continuing Scheduling Conference: Case No. 1:10-CV-00359-DLB**

1  prejudice, but which will include a request that the Court retain jurisdiction to interpret and
2  enforce the terms of settlement. In the meantime, the parties request that the Court continue the
3  Scheduling Conference to February 10, 2011.

5  Dated: January 3, 2011                TIMOTHY S. THIMESCH
                                         THIMESCH LAW OFFICE

                                         _____
                                         Attorneys for Plaintiff
                                         NEVA LEMA

10  Dated: January 3, 2011               JAY ROSENLIEB, ESQ.
                                         ELIZABETH ESTRADA, ESQ.
                                         KLEIN, DENATALE, GOLDNER, COOPER,
                                             ROSENLIEB & KIMBALL, LLP


                                         /s/ Authorized Signed
                                         Attorneys for Defendant
                                         CARROWS RESTAURANT, INC.

16  IT IS SO ORDERED.

       Dated:   **January 3, 2011**            /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE