**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff NEVA LEMA

JAY ROSENLIEB, ESQ., No. 109737
ELIZABETH ESTRADA, ESQ., No. 232302
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: jlr@kleinlaw.com; cbraun@kleinlaw.com; eestrada@kleinlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, <br><br> Plaintiff, <br><br> v. <br><br> CARROWS RESTAURANT, INC.; DOES 1 THROUGH 50, Inclusive, <br><br> Defendants. <br> _____ / | CASE NO. 1:10-CV-00359-DLB <br> Civil Rights <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE, AND WITH THE COURT RETAINING JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT** |

**TO THE COURT:**

The parties are pleased to report that thanks to the efforts of Magistrate Judge Jennifer L. Thurston at Settlement Conference, this matter has settled in all respects, including Plaintiff's claims for injunctive relief, statutory and bodily injury damages, and reasonable statutory attorney's fees,

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Dismissal and Retained Jurisdiction:**
**Case No. 1:10-CV-00359-DLB**

litigation expenses and costs.  The parties have entered a written settlement agreement.  Therefore, the parties request that this action be dismissed with prejudice, but with the Court retaining jurisdiction to interpret and enforce the terms of settlement.

**SO STIPULATED.**

Dated: February 2, 2011    TIMOTHY S. THIMESCH
                           THIMESCH LAW OFFICE

                           _/s/ Tim Thimesch_____
                           Attorneys for Plaintiff
                           NEVA LEMA

Dated: February 2, 2011    JAY ROSENLIEB, ESQ.
                           ELIZABETH ESTRADA, ESQ.
                           KLEIN, DENATALE, GOLDNER, COOPER,
                              ROSENLIEB & KIMBALL, LLP


                           /s/ Authorized Signed_____
                           Attorneys for Defendant
                           CARROWS RESTAURANT, INC.

**ORDER**

IT IS SO ORDERED.

   Dated:   **February 3, 2011**             /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Dismissal and Retained Jurisdiction:**
**Case No. 1:10-CV-00359-DLB**                                       — 2 —